IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDALL S. KRAUSE,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF OMAHA,<br><br>            Defendant. | 8:14CV94<br><br>JUDGMENT |

For the reasons stated in the accompanying Memorandum and Order,

IT IS ORDERED: Plaintiff's Amended Complaint (Filing No. 6) is dismissed.

Dated this 16th day of March, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge